IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
(SOUTHERN DIVISION)

| | | |
|---|---|---|
| BARBARA WILLOUGHBY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action Number: |
| | ) | |
| EQUIFAX MORTGAGE SOLUTIONS, LLC. | ) | 2:14-cv-00018-AKK |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Barbara Willoughby ("Plaintiff"), by counsel, and Defendant Equifax Mortgage Solutions, LLC ("EMS"), by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause of action against EMS should be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

This 2nd day of April, 2014.

| | |
|---|---|
| s/ Micah S. Adkins | s/ Ann Broussard |
| Micah S. Adkins (ASB-8639-I48A) | Ann Broussard (ASB-2854-S75B) |
| Burke Harvey, LLC | King & Spalding LLP |
| 2151 Highland Ave, Suite 120 | 1180 Peachtree Street, N.E. |
| Birmingham, Alabama 35205-4008 | Atlanta, GA 30309 |
| Telephone:  205-747-1907 | Telephone:  404-215-5725 |
| Facsimile:  205-930-9054 | Facsimile:  404-572-5100 |
| Email:    madkins@burkeharvey.com | Email:    ABroussard@kslaw.com |
| *Representing Plaintiff* | *Representing Equifax Mortgage Solutions, LLC* |